**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6808**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

KENNETH BRONSON HUGHES, a/k/a Andrew Alfonso Skeeter,

             Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.  Norman K. Moon, Senior
District Judge. (6:02-cr-70105-NKM-2)

Submitted: September 27, 2012      Decided: October 1, 2012

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Bronson Hughes, Appellant Pro Se.  Ronald Andrew
Bassford, Donald Ray Wolthuis, Assistant United States
Attorneys, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Bronson Hughes appeals the district court's orders denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006), and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hughes, No. 6:02-cr-70105-NKM-2 (W.D. Va. Mar. 30, 2012; Apr. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED